No. 87–6482. RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penry* v. *Lynaugh, ante,* p. 302.

No. 87–6820. WAGNER *v.* OREGON. Sup. Ct. Ore. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Penry* v. *Lynaugh, ante,* p. 302.

No. 88–190. DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION NO. 639, AFFILIATED WITH INTERNATIONAL BROTHER- HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELP- ERS OF AMERICA, AFL–CIO, ET AL. *v.* YELLOW BUS LINES, INC. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *North- western Bell Telephone Co., ante,* p. 229. JUSTICE STEVENS would deny certiorari.

No. 88–558. WALK ET AL. *v.* BALTIMORE & OHIO RAILROAD ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co., ante,* p. 229.

No. 88–1506. FRYAR *v.* ABELL ET AL. C. A. 5th Cir. Cer- tiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co., ante,* p. 229.

No. 88–1523. HELMSLEY ET AL. *v.* BEAUFORD ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case re- manded for further consideration in light of *H. J. Inc.* v. *North- western Bell Telephone Co., ante,* p. 229.